IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CAREY COURTRIGHT, individually, and on behalf of K.C., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., ROBLOX CORPORATION, MOJANG STUDIOS, MICROSOFT CORPORATION, META PLATFORMS, INC., GOOGLE LLC, ANOTHER AXIOM, INC., REC ROOM, INC., VRCHAT INC., BANANA ANALYTICS, LLC, and JANE & JOHN DOE I-XX,<br><br>Defendants. | Case No. 2:24-CV-04055-BCW<br><br>Judge Brian C. Wimes |

**MOTION TO DISMISS AMENDED COMPLAINT OF GOOGLE LLC, MICROSOFT CORPORATION, META PLATFORMS, INC., AND ROBLOX CORPORATION**

Defendants Google LLC, Microsoft Corporation, Meta Platforms, Inc., and Roblox Corporation (the "Platform Defendants") hereby move to dismiss all claims in Plaintiff's Amended and Supplemental Complaint (ECF 138, the "Amended Complaint").[1] Pursuant to Federal Rules

---

[1] Defendants Meta and Microsoft (along with Mojang) each previously filed motions to compel arbitration. ECF Nos. 121, 130. They thus join this Motion to Dismiss and the accompanying supporting memorandum in the alternative, if the Court denies their respective arbitration motions. Meta and Microsoft do not waive, and specifically assert, their rights under their arbitration agreements, including any appellate rights to have the proper forum resolved before any claims proceed on the merits in court. Consistent with the Consent Motion to Set Consolidated Briefing Schedule and Extend Page Limits and the Court's subsequent Order, ECF Nos. 143, 145, Microsoft addresses the claims against it relating to its Xbox services in this motion and addresses the claims against it relating to *Minecraft* in the separate motion titled "Motion to Dismiss Plaintiff's First Amended Complaint of Defendants Epic Games, Inc., Mojang AB, Microsoft Corporation, Another Axiom Inc., Rec Room Inc., Banana Analytics, LLC, and VRChat Inc.," along with the suggestions in support of that motion. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Microsoft adopts all arguments made in that motion and supporting brief.

1

of Civil Procedure 9(b) and 12(b)(6), the Amended Complaint should be dismissed with prejudice in its entirety because all of the claims against the Platform Defendants are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230, and by the First Amendment, because the Amended Complaint is an improper shotgun pleading, and because Plaintiff fails to state any claims upon which relief can be granted. This motion relies on and is supported by the argument and authority in the Platform Defendants' accompanying memorandum of law (the "Platform Brief"), and the argument and authority set forth in the Developers' Brief, which the Platform Defendants incorporate into the Platform Brief by reference pursuant to Federal Rule of Civil Procedure 10(c).

Wherefore, the Platform Defendants respectfully request that the Court enter an Order granting their Motion to Dismiss, dismissing Plaintiff's Amended Complaint in its entirety, with prejudice, and granting any further relief the Court deems just and proper.

Dated: October 8, 2024

Respectfully submitted,

/s/ James D. Lawrence

| | |
|---|---|
| Robert P. Berry, MO Bar #46236<br>BERRY SILBERBERG STOKES PC<br>16150 Main Circle Drive, Suite 120<br>St. Louis, Missouri 63017<br>Telephone: (314) 480-5881<br>Facsimile: (314) 480-5884<br>rberry@berrysilberberg.com<br><br>Gary S. Feinerman (Pro Hac Vice)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>gary.feinerman@lw.com | Christopher J. Schmidt, MO Bar # 53362<br>Kevin H. Jenco, MO Bar # 74056<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Telephone: (314) 259-2000<br>Facsimile: (314) 259-2020<br>christopher.schmidt@bclplaw.com<br>kevin.jenco@bclplaw.com<br><br>James D. Lawrence, MO Bar # 53411<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1200 Main Street, Suite 3800<br>Kansas City, Missouri 64105<br>Telephone: (816) 374-3200 |

Michael H. Rubin (Pro Hac Vice)
Melanie M. Blunschi (Pro Hac Vice)
LATHAM & WATKINS LLP
5050 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
michael.rubin@lw.com
melanie.blunschi@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

Bryan Hopkins, MO Bar # 45896
HUSCH B LACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480.1500
Facsimile: (314) 480.1505
Bryan.Hopkins@huschblackwell.com

Behnam Dayanim, (Pro Hac Vice)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Ave., N.W.
Washington, DC 20037
Telephone: (202) 339-8400
bdayanim@orrick.com

David P. Fuad, (Pro Hac Vice)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, California 90071
Telephone: (213) 629-2020
dfuad@orrick.com

*Attorneys for Defendant Roblox Corporation*

Facsimile: (816) 374-3300
jim.lawrence@bclplaw.com

Brian M. Willen (Pro Hac Vice)
Jeremy Auster (Pro Hac Vice)
WILSON SONSINI GOODRICH &
ROSATI
1301 Avenue of the Americas, #40
New York, NY 10019
Telephone: (212) 453-2862
bwillen@wsgr.com
jauster@wsgr.com

*Attorneys for Defendant Google LLC*

Christopher P. Gramling, MO Bar #50218
Cailynn D. Hayter, MO Bar #70110
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
cgramling@shb.com
chayter@shb.com

Kathryn Cahoy (Pro Hac Vice)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4735
kcahoy@cov.com

David Sneed (Pro Hac Vice)
Gary M. Rubman (Pro Hac Vice)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
dsneed@cov.com
grubman@cov.com

Ambika Kumar (Pro Hac Vice)
Xiang Li (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP

920 5th Ave., Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8030
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-8618
adamsieff@dwt.com

*Attorneys for Defendant Microsoft Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/ James D. Lawrence*

Attorney for Google LLC